UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABU ZAFAR, | |
| Petitioner, | Civ. No. 16-3445 (KM) |
| v. | |
| CHRISTOPHER DAVIS, | **MEMORANDUM AND ORDER** |
| Respondent. | |

Petitioner has moved through counsel for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking his release from immigration detention. On July 28, 2016, this Court received a joint letter from counsel for both parties stating that petitioner has been removed from the United States to his native county, Bangladesh. Accordingly, the parties jointly request that this Court dismiss the habeas petition as moot. I agree that, as a matter of law, the petitioner's removal to Bangladesh has rendered this post-order immigration detention moot. *See Aziz v. Attorney General United States*, 537 F. App'x 56, 57 (3d Cir. 2013) (petitioner's removal from United States rendered his habeas petition that challenged his post-order immigration detention moot).

Accordingly, IT IS this 8th day of August, 2016,

ORDERED that petitioner's petition for writ of habeas corpus is dismissed as moot; and it is further

ORDERED that the Clerk shall mark this case as closed.

_____
KEVIN MCNULTY
United States District Judge